No. 6663.—Fajardo Sugar Growers' Association, aplda., *v.* Porrata Doria, et als., apltes.—C. D. Humacao. Abril 10, 1934.

(Por la Corte, a propuesta del Juez Asociado Sr. Córdova Dávila.)

Por cuanto, la sentencia apelada, declarando con lugar la demanda sobre desahucio en precario, se dictó en 15 de marzo del corriente año y fué notificada por correo a los abogados de las demandadas-apelantes el día siguiente de su pronunciamiento, habiendo el Secretario de la Corte de Distrito de Humacao archivado una copia de la notificación de sentencia en los autos del caso el mismo día 16 de marzo de 1934;

Por cuanto, las demandadas-apelantes radicaron el escrito de apelación en la Secretaría de la Corte de Distrito de Humacao el día 26 de marzo, o sea diez días después de radicada la notificación por el secretario;

Por cuanto, tampoco se ha consignado la fianza que para apelar en los casos de desahucio en precario determina el artículo 631 del Código de Enjuiciamiento Civil, edición de 1933;

Por tanto, se declara con lugar la moción de la parte apelada, y se desestima el recurso de apelación interpuesto por las demandadas.

No. 6694.—Flores, aplte., *v.* Berio, et als., apldos.—C. D. San Juan. Mayo 8, 1934.

(Por la Corte, a propuesta del Juez Asociado Sr. Hutchison.)

Vista la moción que antecede con la sola asistencia del promovente, examinado el escrito de oposición; apareciendo que el escrito de apelación fué radicado en la secretaría de la corte de distrito fuera de tiempo y no apareciendo que este tribunal tenga poder para extender el período fijado por la ley dentro del cual se puede apelar de la sentencia dictada por una corte de distrito, se declara con lugar dicha moción y se desestima la apelación de la sentencia dictada por la Corte de Distrito de San Juan en marzo 9, 1934.